IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KEELY McDONALD,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>and DOES 1-10,<br><br>          Defendants. | CV 24-176-M-KLD<br><br>ORDER |

Defendant United States of America has filed an unopposed motion to appear remotely at the preliminary pretrial conference set for May 1, 2025. (Doc. 13). Accordingly, and good cause appearing,

IT IS ORDERED that the May 1, 2025 preliminary pretrial conference will be conducted with all parties appearing by Zoom. The Clerk of Court will notify counsel via e-mail of the meeting ID and password in advance of the conference. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 28th day of April, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge