IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KEELY McDONALD, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br> and DOES 1-10, <br><br> Defendants, | CV 24-176-M-KLD <br><br><br> ORDER |

The parties have filed a joint motion to dismiss this case with prejudice. (Doc. 30). Accordingly,

IT IS ORDERED that the motion is GRANTED and this matter is DISMISSED with prejudice, each party to bear its own fees and costs.

DATED this 27th day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1